```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF WASHINGTON
 3   UNITED STATES OF AMERICA,    )
                                  )  NO. CR-08-2108-EFS
 4                  Plaintiff,    )
                                  )  GRANTING MOTION FOR
 5        v.                      )  EXPEDITED HEARING (Ct. Rec.
                                  )  22) AND GRANTING REQUEST FOR
 6   ERNEST LEE LANTIS,           )  RELEASE INTO INPATIENT
                                  )  TREATMENT (Ct. Rec. 19)
 7                  Defendant.    )
                                  )
 8   ─────────────────────────────
```

On October 29, 2008, this court held a bail review hearing. Shawn Anderson appeared for the government and defendant was present with counsel Diane Hehir.

The defendant moved to expedite the hearing. The Court **granted** the motion to expedite **(Ct. Rec. 22)**.

Counsel for the defendant orally moved to be appointed to the defendant's state court forfeiture matter on a limited notice of appearance. The government objected to defendant's motion. The Court has taken this matter under advisement and requested that the parties provide case law and/or supporting briefs by the end of business today. Defense counsel is to provide the Court with the cause number of the state case.

Counsel for the defendant moved to reconsider his conditions of release to allow him to participate in in-patient treatment at Sundown M. Ranch.

The Court heard argument from counsel and **granted** defendant's motion to modify the conditions of release **(Ct. Rec. 19)**.

The defendant shall be released to an employee of Sundown M Ranch or to U.S. Probation for transport directly into treatment

GRANTING MOTION FOR EXPEDITED HEARING
AND GRANTING REQUEST FOR RELEASE INTO
INPATIENT TREATMENT - 1

on **Monday, November 3, 2008 at 10:00 a.m.**  Defendant shall not leave jail if no one from Sundown M or U.S. Probation is available to pick him up.  Upon completion of treatment or termination of treatment, U.S. Probation shall immediately return the defendant to the custody of the U.S. Marshal.  The U.S. Marshal shall return the defendant to jail at any time should he fail to comply with the rules set forth by Sundown M or leave before completion.  The Court may revisit defendant's terms and conditions of release after his treatment is successfully completed.

**IT IS SO ORDERED.**

DATED this 29th day of October, 2008.

                                        s/JAMES P. HUTTON
                                        JAMES P. HUTTON
                    UNITED STATES MAGISTRATE JUDGE

GRANTING MOTION FOR EXPEDITED HEARING
AND GRANTING REQUEST FOR RELEASE INTO
INPATIENT TREATMENT - 2