AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 27 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

United States of America )
v. )
Ernest Lee Lantis )
) Case No:  2:08-CR-02108-EFS
) USM No:
Date of Original Judgment: 08/13/2013 )
Date of Previous Amended Judgment: _____ ) Andrea K. George, Fed. Def. of E. Washington and Idaho
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  151  months **is reduced to**  121 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  08/13/2013  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  9/26/16                                    /s/ Edward F. Shea
                                                         *Judge's signature*

Effective Date: _____          The Honorable Edward F. Shea          Senior Judge, U.S. District Court
    *(if different from order date)*              *Printed name and title*