PROB 12C
(6/16)

Report Date: November 8, 2019

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 08, 2019**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ernest Lee Lantis                Case Number: 0980 2:08CR02108-EFS-1

Address of Offender:                 Selah, Washington 98942

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 4, 2010

Original Offense:    Ct. 1: Possession of a Controlled Substance with Intent to Distribute - Methamphetamine, 21 U.S.C. § 841(a)(1)

Ct. 2: Possession of a Controlled Substance with Intent to Distribute - Marijuana, 21 U.S.C. § 841(a)(1)

Ct. 4: Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 151 months;              Type of Supervision: Supervised Release
                     TSR - 84 months

Sentence Reduction:  Prison - 121 months:
September 26, 2016   TSR - 84 months

Asst. U.S. Attorney: James Goeke                     Date Supervision Commenced: January 17, 2018

Defense Attorney:    John R. Crowley                 Date Supervision Expires: January 16, 2025

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: It is alleged Mr. Lantis violated a mandatory condition on November 1, 2019, by driving under the influence of alcohol, in violation of Revised Code of Washington (RCW) 46.61.502 and committing a hit and run (property), in violation of RCW 46.52.010; Yakima Municipal Court, case number 9Z0952413. (See narrative below)

On January 17, 2018, supervised release conditions were reviewed and signed by Mr. Lantis, acknowledging his understating of the mandatory conditions.

Prob12C
**Re: Lantis, Ernest Lee**
**November 8, 2019**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Mandatory Condition**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: It is alleged Mr. Lantis violated a mandatory condition on November 2, 2019, by obstructing law enforcement, in violation of RCW 9A.76.020; Yakima Municipal Court, case number 9Z0952412.

On January 17, 2018, supervised release conditions were reviewed and signed by Mr. Lantis, acknowledging his understating of the mandatory conditions.

According to the Yakima Police Department narrative report for incident number 19Y044769, the following occurred:

On November 1, 2019, the Yakima Police Department (YPD) responded to a report of a traffic offense in the 900 block of Fruitvale Boulevard in Yakima, Washington. A concerned citizen called 911 and reported an erratically driven blue Chevrolet Silverado pickup truck that crashed into a fence and concrete blocks at the entrance to a mobile home park.

As YPD was talking to the concerned citizen, another officer responded and located the blue Chevrolet Silverado pickup truck that was involved in the hit and run accident. As YPD approached the blue Chevrolet Silverado pickup truck, Mr. Lantis was standing next to the vehicle. Mr. Lantis ran from the location and YPD chased him. As Mr. Lantis was running from YPD, he jumped over several fences, but YPD was able to cut off his escape path. Mr. Lantis fell head first into a rose bush as he was trying to jump over another fence.

After Mr. Lantis fell head first into the rose bush, he laid on the ground and did not follow any directives from YPD. Mr. Lantis was unable to or refused to stand up and walk on his own. YPD had to grab Mr. Lantis' hands, pick him up from the ground, and carry Mr. Lantis approximately 40 feet to a location where YPD could place him in a vehicle.

Mr. Lantis smelled strongly of alcohol and YPD could not get Mr. Lantis into a patrol car because Mr. Lantis was limp and not assisting YPD in any way. YPD called for an ambulance to come and transport Mr. Lantis to the hospital. As YPD was waiting for the ambulance to respond, the concerned citizen positively identified Mr. Lantis as the individual driving the blue Chevrolet Silverado pickup truck who was driving erratically and crashed into the fence at the entrance to the mobile home park.

After Mr. Lantis was transported to the hospital, YPD contacted Mr. Lantis in the Emergency room. Mr. Lantis did not respond to YPD when they attempted to get a breath sample from him. Due to Mr. Lantis not responding to YPD, they considered it a refusal to provide a Breathalyzer test.

3    **Special Condition # 17**: Defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Lantis consumed alcohol on or about November 1, 2019.

Prob12C
**Re: Lantis, Ernest Lee**
**November 8, 2019**
**Page 3**

On January 17, 2018, supervised release conditions were reviewed and signed by Mr. Lantis acknowledging his understating of special condition number 17.

On November 5, 2019, this officer contacted Mr. Lantis at Astria Regional Medical Center in Yakima, Washington. When questioned about consuming alcohol, Mr. Lantis admitted to drinking alcohol on November 1, 2019, the night he was arrested by YPD. He explained he went to a Halloween party and consumed alcohol.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 8, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[XX]  The Issuance of a Summons
[  ]   Other

*Edward F. Shea*

Signature of Judicial Officer

November 8, 2019

Date